# EXHIBIT 1

# Kelsey Gdovin

| | |
|---|---|
| **From:** | Philip Shropshire <pshropshire@yahoo.com> |
| **Sent:** | Wednesday, April 10, 2019 6:47 PM |
| **To:** | Kelsey Gdovin |
| **Subject:** | Re: Extension Request |

I have no problem with that.

On Wednesday, April 10, 2019, 10:09:54 AM EDT, Kelsey Gdovin <KGdovin@cohenlaw.com> wrote:

Mr. Shropshire,

I am writing to request a 30-day extension of time to respond to your Amended Complaint.  This would put our response due on or before Thursday, May 16th.  Please let me know if you agree.

All the best,

Kelsey

Kelsey Gdovin

Attorney

kgdovin@cohenlaw.com

**Cohen &** Grigsby, **P.C.**

625 Liberty Avenue

Pittsburgh, Pennsylvania 15222-3152

P: 412-297-4797 • F: 412-209-0672

www.cohenlaw.com • C&G LinkedIn

1