## LIST OF EXHIBITS:

## **Exhibit one: Resume**

Philip Shropshire lives in Pittsburgh, Pa. 15221
pshropshire@yahoo.com
h: 41256765, cell: 412808 (numbers crossed out for privacy)

### **Professional Experience:**

**April 2001 to Present**: I work as an online freelance writer. I also wrote my first E book called "How To Get The Most Out of Your Kindle". I currently have four publications on Amazon.com for sale and plan to have many more. I sold my work to Better Humans, Locus Online, Getabstract, Tech Central Station and American Times. I also write for my three websites.

**Registered voters and did GOTV Efforts:** I worked for America Coming Together for about a year during the Kerry campaign. We worked to maximize voter turnout in the 2004 presidential election. I led the Pittsburgh office in voter registrations. I also registered 500 voters in the summer of 2016. I have also worked Working Families and For The Future and Planned Parenthood. I have knocked on estimated 60000 doors over the last 30 years.

**Retail Computer Salesman:** I sold about $200000 worth of computers for Dell.

**Computer Instructor and Teacher:** I spent a year working for Americorps where I worked to bridge the Digital Divide. I helped wire up church computer labs and taught, mostly, young people and senior citizens elementary computer skills. I also ran our DSL computer lab. I am A+ certified and an amateur computer geek. Like most teachers, I learned more than the students.

**Computer Salesman and Manager**: I worked as a sales representative and manager at Pony Computer, Pittsburgh. I led the country for most of my last year in sales and profit. Through 11 months, I brought in $1.6 million in sales and $300,000 in profits. Furthermore, I have won four publicly held school bids in the district worth over $150,000. I was also a member of the President's Club, Pony Computer's elite sales force.

**Retail Salesman:** I worked at Sun Appliances, where I sold computers. I primarily sold computer systems, such as Compaq, Pionex, Hewlett Packards and Canons to the public at large.

**Ran Non-Profit Consumer Group for Three Years:** I ran my own non-profit business called the Campaign for Consumer Rights. I was the executive director of the organization and was the reason why it continued running. My duties included, but were not limited to: Accounts and Payroll, Hiring and Firing, Issues Development and Fundraising. We worked on insurance reform, against NAFTA and for lower cable bills.

**Journalism Experience**:  Currently I write and produce three websites. I worked as a daily reporter for two years at the Evansville Courier. I also worked at the Pittsburgh Courier. I also worked as a freelance reporter for In Pittsburgh. I wrote many of the Media Watch columns in the mid 90s. I can meet a deadline.

**Education:**  I am a graduate of Clarion University. I attained a B.A. degree (English). I also did some graduate work at Ohio University.

**Links of Note:** 2011: "How to Get the Most From Your Kindle"
http://www.amazon.com/dp/B006LETTWE/ref=rdr_kindle_ext_tmb
2006: Print review of "The World is Flat"
https://www.cu.edu/articles/upload/ExecFlat.pdf This is the podcast that was done of this review.
http://jazropo.blogspot.com/2006/11/my-review-of-thomas-friedmans-world-is.html
http://www.locusmag.com/2002/Reviews/ShropshireOnEllison.html
Neil Gaiman likes me! http://journal.neilgaiman.com/2002/04/having-grumbled-over-tone-and-intro.asp
Best reviews I wrote at Locus Online.
http://www.locusmag.com/2002/Reviews/Shropshire01.html
Review of William Gibson's newest book "The Peripheral"
http://writersofcolor.blogspot.com/2015/07/williamgibson-cyberpunk-sciencefiction.html
Review of Aurora by Kim Stanley Robinson   http://www.post-gazette.com/ae/books/2015/08/02/Aurora-Bad-times-on-a-generational-spaceship-Kim-Stanley-Robinson/stories/201508020039

9