IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PHILIP SHROPSHIRE, )
       Plaintiff, )
)
v. ) C.A. No. 2:17-cv-00935-DSC
)
CHRIS GALLOWAY, ZACHARY )
REIDER and FIELDWORKS LLC, )
       Defendants. )

FILED
APR 17 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

# NOTICE OF APPEAL
## (Of various Cercone orders and judgments)

Notice is hereby given that Philip Shropshire, with In Forma Pauperis already granted (Doc 4, Order granting 1 Motion for Leave to Proceed in forma pauperis.), Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the from (1) **Document 38**, March 17th, 2020, the opinion resolving 29 Defendant's Motion to Dismiss Plaintiff's Amended Complaint and (2) **Document 39**, March 17th 2020, order granting 29 Defendant's Motion to Dismiss Plaintiff's Amended Complaint and (3) **Document**

**40**, March 17th, 2020, final judgment pursuant to FRCP 58 allowing for dismissal of the complaint. Also, as a note: While Dave the Stereotypically Biased Republican Judge seems to have anchored his decision on *Allen v. Comcast* it should be pointed out, and will be quite overwhelmingly, that this particular case was also brought under Title VII and the PHRA, which do allow for circumstantial evidence and nothing in the Supreme Court decision, which hasn't been resolved yet, suggests changes in how those laws are interpreted. Just Section 1981. But more on that later.

Submitted,

Philip Shropshire

4-15-2020

## Certificate of Service

I certify on this 15 day of April 2020 that I have personally delivered a copy of this to the Clerk's office or will mail it today and will soon email a copy of this motion to Defendant's counsel, unless its posted electronically first.

*[signature]*
4-15-2020